

**Jennifer F. Delgado**
Partner
Litigation

1251 Avenue of the Americas
New York, New York 10020

T: (646) 414 - 6962
E: jdelgado@lowenstein.com

February 14, 2025

**Via ECF**

Clerk's Office
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001
(202) 354-3510

  **Re:**  *Jane Jones v. Donald Trump, et al.* Docket No. 25-00401

To Whom it May Concern:

This firm represents Plaintiff Jane Jones in connection with her complaint against Donald Trump, in his official capacity as President of the United States; James R. McHenry III, in his official capacity as Acting Attorney General of the United States; and William Lothrop, in his official capacity as Acting Director of the Federal Bureau of Prisons.

On February 11, 2025, this firm filed several motions for admission *pro hac vice*. Among those papers filed, we filed a motion for admission *pro hac vice* of Jennifer L. Levi, Esq. *See* ECF No. 10. However, we inadvertently affixed a digital copy of her signature to a draft declaration that had not been approved by Ms. Levi for filing. The incorrect filing should not be attributed to Ms. Levi. Additionally, Ms. Levi is in the process of seeking admission to the District Court for the District of Columbia and therefore, we are withdrawing the motion.

We thank the Court for its kind attention to this matter.

Respectfully submitted,

*Jennifer Fiorica Delgado*

Jennifer Fiorica Delgado, Esq.

cc:  Jennifer L. Levi, Esq.
    Sarah Austin, Esq.
    Christopher F. Stoll, Esq.
    Amy Whelan, Esq.
    Alexander Shalom, Esq.
    Natalie Kraner, Esq.
    Wayne Fang, Esq.
    Markiana Julceus, Esq.