UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE JONES,<br><br>        Plaintiff,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; JAMES R. MCHENRY III, in his official capacity as Acting Attorney General of the United States; WILLIAM LOTHROP, in his official capacity as Acting Director of the Federal Bureau of Prisons;<br><br>        Defendants. | Civil Action No. 25-401-RCL<br><br>**PLAINTIFF'S EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Jennifer L. Levi**
Bennett H. Klein*
Sarah Austin*
**GLBTQ LEGAL ADVOCATES & DEFENDERS**
18 Tremont, Suite 950
Boston, MA 02108

Christopher F. Stoll*
Amy Whelan*
**NATIONAL CENTER FOR LESBIAN RIGHTS**
870 Market Street, Suite 370
San Francisco, CA 94102

Jennifer Fiorica Delgado (Bar No. NY296)
Alexander Shalom**
Natalie J. Kraner**
Wayne Fang*
Markiana Julceus*
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020

*Pro Bono Counsel for Plaintiffs*
*\* Pro Hac Vice Pending*
*\*\* Admission Forthcoming*

On Monday, February 24, 2025, or as soon as counsel may be heard, the undersigned attorneys for Plaintiff Jane Jones ("Plaintiff"), pursuant to Fed. R. Civ. P. 65 and L. Civ. R. 65.1(a) and (c), shall move before the United States District Court for the District of Columbia, at 333 Constitution Avenue N.W., Washington, D.C. 20001, for a temporary restraining order and preliminary injunction on an emergency basis to enjoin Defendants from enforcing Sections 4(a) and 4(c) of Executive Order 14168 titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" and to maintain her housing and medical treatment consistent with the status quo before January 20, 2025.

In support of her motion, Plaintiff shall rely upon the attached brief, declaration of Jane Jones, declaration of Jennifer Fiorica Delgado, and declaration of Lauren Meade, M.D. A proposed form of order is attached.

On Friday, February 21, 2025 at approximately 1:15 p.m., the undersigned provided actual notice of the time of making the enclosed application, and copies of all pleadings and papers filed in the action to date or to be presented to the Court at the hearing, to Defendants, via email transmitted to their counsel, John J. Robinson, Esq.

WHEREFORE, Plaintiff respectfully requests that the Court enter a temporary restraining order and preliminary injunction prohibiting Defendants and their officers, employees, servants, agents, appointees, and successors from enforcing Sections 4(a) and 4(c) of Executive Order 14168, and requiring Defendants to maintain her housing and medical treatment consistent with the status quo before January 20, 2025.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  February 21, 2025 | /s/ Jennifer Fiorica Delgado |

Jennifer Fiorica Delgado (Bar No. NY296)
Alexander Shalom (*admission forthcoming*)
Natalie Kraner (*admission forthcoming*)
Wayne Fang (*pro hac vice* pending)
Markiana J. Julceus (*pro hac vice* pending)
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020
(862) 926-2029
(973) 422-6722
jdelgado@lowenstein.com
ashalom@lowenstein.com
nkraner@lowenstein.com
wfang@lowenstein.com
mjulceus@lowenstein.com

Jennifer L. Levi (admission forthcoming)
Sarah Austin (*pro hac vice* pending)
**GLBTQ LEGAL ADVOCATES & DEFENDERS**
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350

Christopher F. Stoll (*pro hac vice* pending)
Amy Whelan, Esq. (*pro hac vice* pending)
**NATIONAL CENTER FOR LESBIAN RIGHTS**
870 Market Street, Suite 370
San Francisco, CA 94102
(415) 365-1320
cstoll@nclrights.org
awhelan@nclrights.org