UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE JONES,<br><br>     Plaintiff,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; JAMES R. MCHENRY III, in his official capacity as Acting Attorney General of the United States; WILLIAM LOTHROP, in his official capacity as Acting Director of the Federal Bureau of Prisons,<br><br>     Defendants. | Civil Action No. 25-cv-0040-RCL<br><br>DECLARATION OF JENNIFER FIORICA DELGADO IN SUPPORT OF PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM, PARTIALLY SEAL THE RECORD, AND FOR A PROTECTIVE ORDER |

I, Jennifer Fiorica Delgado, Esq., of full age, do hereby declare as follows:

  1.  I am an attorney in good standing with the United States District Court for the District of Columbia Bar and licensed to practice law in said Court, as well as in New York and New Jersey.

  2.  I make the following declaration based on personal knowledge and pursuant to Fed. R. Civ. P. 65(b).

  3.  Ms. Jones, an incarcerated transgender woman who has been housed in women's prisons for nearly a year, was abruptly transferred to a men's prison on ▬▬▬▬▬▬▬▬▬▬. She was transferred back to a women's facility on ▬▬▬▬▬▬▬▬▬▬, but remains at risk of again being placed in a men's prison and faces the cessation of medically necessary treatment for gender dysphoria.

  4.  Upon information and belief, at all times since being in the custody of the Federal Bureau of Prisons ("BOP"), BOP has listed Ms. Jones's sex as female.

1

5. Ms. Jones's abrupt transfer and the impending cessation of her medical care is due to Executive Order 14168 (the "Executive Order"), specifically, Sections 4(a) and 4(c).

6. On February 10, 2025, Plaintiff filed a Complaint challenging Sections 4(a) and 4(c) of the Executive Order.

7. Plaintiff did not file a motion seeking emergency relief at that time because, at the time, the temporary restraining order issued by this Court in *Doe v. McHenry* ("*Doe*"), No. 25-cv-286-RCL (the "*Doe* TRO") prevented Defendants from "implementing Sections 4(a) and 4(c) of Executive Order 14168." Thus, Plaintiff was protected from transfer and potential cessation of medical treatment by the *Doe* TRO.

8. On February 18, 2025, this Court entered an order granting plaintiffs' motion for a Preliminary Injunction in *Doe* (the "*Doe* PI"). The *Doe* PI is substantially similar to the *Doe* TRO, except that it does not contain a blanket prohibition against implementing Sections 4(a) and 4(c). Therefore, while the *Doe* plaintiffs remain protected from transfer or cessation of medical care, Ms. Jones is not.

9. On a call that took place on February 19, 2025, I asked John J. Robinson, counsel for Defendants, whether Defendants would consent to an identical preliminary injunction being entered in this case. On February 20, 2025, Mr. Robinson informed me that Defendants would not consent to the entry of a preliminary injunction. On the same call, I inquired whether Defendants would be willing to consent to the entry of a TRO while the motion for preliminary injunction was pending.

10. Later that day, I followed up via email inquiring whether Defendants would be willing to consent to the entry of a TRO, or otherwise enter a stipulation that would protect Ms.

Jones while the motion for a preliminary injunction is pending. In response, Mr. Robinson informed me that Defendants would not consent to the entry of a TRO or enter a stipulation.

11. On February 21, 2025, in an email to Mr. Robinson, I gave Defendants actual notice of Ms. Jones' Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion") and attached a copy of the Motion to my email.

12. The Motion relies on the same legal arguments raised to the Court in *Doe*. The proposed order submitted herewith seeks the identical relief sought in the *Doe* PI, except to the extent it seeks relief on behalf of Plaintiff, and not the plaintiffs in *Doe*.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Dated: February 21, 2025

Respectfully submitted,

/s/ Jennifer Fiorica Delgado

Jennifer Fiorica Delgado (Bar No. NY296)
**Lowenstein Sandler LLP**
1251 Avenue of the Americas
New York, NY 10020
(862) 926-2029
jdelgado@lowenstein.com