**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE JONES,<br>Plaintiff,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; JAMES R. MCHENRY III, in his official capacity as Acting Attorney General of the United States; WILLIAM LOTHROP, in his official capacity as Acting Director of the Federal Bureau of Prisons,<br><br>Defendants. | Civil Action No. __________<br><br>DECLARATION OF [REDACTED] [REDACTED] |

I, [REDACTED] make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C § 1746 that the following is true and correct:

1. My name is [REDACTED]. I am incarcerated in the Bureau of Prisons. I am submitting this declaration in support of my request for relief.

2. I was born on [REDACTED]. My sex at birth was identified as male and my parents gave me a male name. From a young age, I gravitated toward traditionally feminine activities, including playing with dolls. I recall my earliest memories as being shaped by tendencies that I recognized as intrinsically female. As I grew older, my sense of being a woman intensified. When I closed my eyes and pictured myself, the vision was female.

3. I attended [REDACTED] and became an [REDACTED]. I eventually owned and operated [REDACTED] in [REDACTED].

4. I began seeing a therapist in approximately [REDACTED]. I was diagnosed with gender dysphoria. In [REDACTED], I began hormone therapy and began living as a woman.

5. In [redacted], I received facial reconstructive surgery; in February of that year, I received breast augmentation surgery. In [redacted], I received a vaginoplasty.

6. Around [redacted], I legally changed my name and my sex marker to female on my driver's license, my [redacted], with [redacted], and with the social security office.

7. I met my wife and we began a relationship in 2020. On [redacted] I was convicted of a non-violent crime [redacted] and was sentenced to [redacted]. My wife and I had been planning to marry for a long time and decided to do so in [redacted] in [redacted] shortly before I began my sentence.

8. In [redacted], I was placed in a women's facility: [redacted]. I was placed in general population and had multiple cellmates (all female). I was provided with all necessary female toiletries through commissary. I began seeing a nurse practitioner, who prescribed me the same hormone therapy I had been taking before my incarceration, which was also provided by the prison. I was also permitted to [redacted]. Put simply, while in federal custody, I have been permitted to keep living as a woman in all respects.

9. In [redacted] I was transferred to a minimum-security [redacted] in [redacted]

10. Like in [redacted], the [redacted] commissary provides all necessary items that are needed by the women housed there. As with my initial facility, I have been able to live as a woman in all respects at [redacted]

11. The facility provides me with a lot of freedom of movement. It is a minimum-security facility, and I am permitted to move through the facility throughout the day. I spend a

lot of time at the [REDACTED]. I also appreciate the ability to shower in a private stall. I am also able to speak with my wife on the phone daily and email her multiple times per day.

12. At [REDACTED], I also became involved with a program where incarcerated women [REDACTED] I was selected for this position based on my good behavior and performance during my interview. This program has helped me exponentially; I love [REDACTED] and knowing that I am helping others. As part of this program, [REDACTED]. Though it is difficult to be an incarcerated transgender woman, I believe my current housing at the [REDACTED] is the safest place, short of home confinement or in a halfway house, for me to be in federal custody.

13. In both female prisons in which I have been housed, I have been subjected to searches by female corrections officers only. I also have a flawless disciplinary record at both facilities.

14. In the evening, on [REDACTED], BOP officials informed me that I would be transferred to a men's facility. They handcuffed me, made me change into an orange jumpsuit and shoes, which denotes high risk inmates, gave me men's boxer shorts, and transferred me to the men's prison, which is a medium security facility at [REDACTED]. I was shocked to be handcuffed because no one at the [REDACTED] is handcuffed or shackled, even when we leave camp.

15. I asked why I was being transferred, and the corrections officers said that they had been told to bring me to the men's unit. I asked if I could bring my possessions and I was denied that request, except that the corrections officers allowed me to bring what remained of my hormone therapy medications (a less than 30-day supply). They advised, however, that I would not be permitted to obtain another prescription from the prison once these medications run out.

16. While at the men's prison, I was housed in the Special Housing Unit ("SHU"). There, I was housed alone in solitary confinement in a tiny cell with nothing to do all day. I had no one to talk to and was not allowed to go outside or engage in any recreation whatsoever. While I was able to call my wife once a day, I had no access to email, and our calls were cut short. I was only provided with men's toiletries.

17. While in the SHU, I was under 24/7 video surveillance. There was both a toilet and shower in my cell. This meant that I was observed by male corrections officers when I used the restroom. I was provided with a towel no bigger than a letter-sized piece of paper. Because male corrections officers would have been able to observe me showering and drying off, I was not comfortable using the shower while I was in the SHU.

18. I asked various guards and prison officials why I had been transferred, and who had ordered the transfer. No one would answer this question; instead, the guards walked by the small window in my cell and looked at me as if I was a zoo animal.

19. On one occasion, a prison official told me that he was surprised that I had been transferred to the SHU in a male facility. He believed that I was going to be transferred to the SHU in a different women's facility because the [REDACTED] does not have a SHU. I asked why I would be housed in the SHU given my stellar disciplinary record. He told me that it was because of President Trump's executive order.

20. Though I am a resilient person, my mental health began to suffer while I was in the SHU. I felt completely hopeless, fearful, and extremely anxious. Isolation is very triggering for me given the isolation from family and friends I experienced when I transitioned. It felt as if I was being forcefully detransitioned. I also had no idea how long I would be there, which made me feel completely out of control and depressed.

21. On [redacted], I wrote [redacted] [redacted]. I handed it to a guard the next morning.

22. On [redacted], a high-ranking prison official informed me that I would be transferred to another men's prison and released to the general population. Later, a prison psychologist came to ask me which men's facility I would prefer to be transferred to. We spoke for about one hour, during which time I explained that there was no men's prison that was safe for me to be housed.

23. On [redacted], I was transferred back to the [redacted].

24. Despite my transfer back to the women's facility, I remain deeply concerned for my safety. I live in fear that I may, at any time, be transferred to a men's facility, as I was once before. Now, every time I hear the intercom, I have a physical reaction out of fear of being transferred. On one occasion, my name was called over the intercom and I began crying uncontrollably. And, any time the intercom is turned on, as I wait to see if my name will be called, I break out in sweats, my heart rate goes up, and I get nauseous. This is very unlike me; I have never had these symptoms before.

25. I learned on [redacted] that [redacted] [redacted] had been denied.

26. I am female in all respects. This is how I have lived for [redacted] years. I will be an easy target for harassment, abuse, and violence, including sexual assault, if I am transferred to a men's prison. A woman with full female anatomy has no place in a men's facility.

27. I am also concerned that I may be denied access to hormone therapy medications. I have been taking hormones for [redacted] years. If I stop taking hormones, the physical and psychological impact will be devastating. This will cause extreme emotional distress and could

cause physical harm. In fact, I no longer have the anatomy to produce male sex hormones, so it is a medical necessity for me to take replacement hormones. Without it, I would lose bone mass, blood pressure regulation, and would experience other serious medical issues.

28. I am a non-violent offender with an exemplary track-record while incarcerated. There is simply no reason to transfer me to a men's prison, and in fact, doing so will cause me significant physical and emotional harm.

29. This declaration was prepared by my attorney, Jennifer Fiorica Delgado, based on the facts I provided, and it was read to me by Ms. Delgado on [REDACTED] on a telephone call. I approve of the contents of this declaration, and authorize my wife, [REDACTED], to execute it on my behalf as my power of attorney. If given the opportunity, I will add my signature to this declaration.

Executed on the 10th day of February in the year of 2025.

Signature: _[redacted] Date: 2/10/2025

[redacted], as power of attorney for [redacted]