# Exhibit A

**Delgado, Jennifer Fiorica**

| | |
|---|---|
| **From:** | Delgado, Jennifer Fiorica |
| **Sent:** | Friday, February 21, 2025 4:14 PM |
| **To:** | Robinson, John J. (CIV) |
| **Cc:** | Lin, Jean (CIV); Layendecker, Elizabeth B (CIV); Shalom, Alexander; Kraner, Natalie J.; Fang, Wayne; jlevi; Julceus, Markiana J. |
| **Subject:** | RE: Jones v. Trump, No. 25-cv-00401 (D.D.C.) |

John,

We do not consent to an attorneys' eyes only designation for this information. Among other reasons, my understanding is that you provided the names of two potential facilities in the *Moe* case without such protection, and we see no reason to deviate from that protocol here.

Best,
Jen


**Jennifer Fiorica Delgado**
she, her, hers
Partner
Lowenstein Sandler LLP

T: (646) 414-6962
M: (732) 547-0934

  



---

**From:** Robinson, John J. (CIV) <John.J.Robinson@usdoj.gov>
**Sent:** Friday, February 21, 2025 2:46 PM
**To:** Julceus, Markiana J. <MJulceus@lowenstein.com>; Delgado, Jennifer Fiorica <JDelgado@lowenstein.com>
**Cc:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Shalom, Alexander <AShalom@lowenstein.com>; Kraner, Natalie J. <NKraner@lowenstein.com>; Fang, Wayne <WFang@lowenstein.com>
**Subject:** RE: Jones v. Trump, No. 25-cv-00401 (D.D.C.)

Counsel:

In opposing your TRO motion, we may file a declaration under seal that identifies a men's facility that BOP has determined would safely house your client. For security reasons, BOP generally does not allow inmates to know which facility they may be transferred to before such a transfer occurs. So we would propose that we provide you with a sealed, unredacted version of this declaration that would be for "attorneys' eyes only"—*i.e.*, we would ask that it not be shared with your client. We would also provide redacted versions that you could of course share. Please let me know if that is acceptable.

Best,

1

John

---

**From:** Robinson, John J. (CIV)
**Sent:** Friday, February 21, 2025 1:59 PM
**To:** Julceus, Markiana J. <MJulceus@lowenstein.com>; Delgado, Jennifer Fiorica <JDelgado@lowenstein.com>
**Cc:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Shalom, Alexander <AShalom@lowenstein.com>; Kraner, Natalie J. <NKraner@lowenstein.com>; Fang, Wayne <WFang@lowenstein.com>
**Subject:** RE: Jones v. Trump, No. 25-cv-00401 (D.D.C.)

Thanks, Markiana. Unfortunately we are not authorized to accept or waive formal service of the summons and complaint. (This is a DOJ policy that applies to all cases.) We can, however, accept service by email of any motion papers, so no need to formally serve those.

Best,
John

**John Robinson**
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
(202) 616-8489

---

**From:** Julceus, Markiana J. <MJulceus@lowenstein.com>
**Sent:** Friday, February 21, 2025 1:16 PM
**To:** Robinson, John J. (CIV) <John.J.Robinson@usdoj.gov>; Delgado, Jennifer Fiorica <JDelgado@lowenstein.com>
**Cc:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Shalom, Alexander <AShalom@lowenstein.com>; Kraner, Natalie J. <NKraner@lowenstein.com>; Fang, Wayne <WFang@lowenstein.com>
**Subject:** [EXTERNAL] RE: Jones v. Trump, No. 25-cv-00401 (D.D.C.)

Hi John,

Thank you for letting us know. We plan to file a motion for TRO and PI today. Attached are unredacted copies of the papers we intend to file, along with a copy of the unredacted complaint and the summons for each defendant.

Could you please confirm whether you are authorized to accept/waive formal service, or whether we should plan to serve the summonses via the usual means?

Best,

Markiana

**Markiana Julceus**
she, her, hers
Counsel
Lowenstein Sandler LLP

2

T: (862) 926-2707
M: (973) 525-8496





---

**From:** Robinson, John J. (CIV) <John.J.Robinson@usdoj.gov>
**Sent:** Thursday, February 20, 2025 5:34 PM
**To:** Delgado, Jennifer Fiorica <JDelgado@lowenstein.com>
**Cc:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Shalom, Alexander <AShalom@lowenstein.com>; Kraner, Natalie J. <NKraner@lowenstein.com>; Fang, Wayne <WFang@lowenstein.com>; Julceus, Markiana J. <MJulceus@lowenstein.com>
**Subject:** RE: Jones v. Trump, No. 25-cv-00401 (D.D.C.)

Hi Jen,

No, we cannot agree to enter into a TRO. As discussed, we are not aware of any current plans to transfer your client. Please let me know if you'd like to discuss further.

Best,
John

**John Robinson**
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
(202) 616-8489

---

**From:** Delgado, Jennifer Fiorica <JDelgado@lowenstein.com>
**Sent:** Thursday, February 20, 2025 3:48 PM
**To:** Robinson, John J. (CIV) <John.J.Robinson@usdoj.gov>
**Cc:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Shalom, Alexander <AShalom@lowenstein.com>; Kraner, Natalie J. <NKraner@lowenstein.com>; Fang, Wayne <WFang@lowenstein.com>; Julceus, Markiana J. <MJulceus@lowenstein.com>
**Subject:** [EXTERNAL] RE: Jones v. Trump, No. 25-cv-00401 (D.D.C.)

Hi John,

Have you been able to get authorization to enter into a TRO and/or other stipulation that would protect Ms. Jones while the motion for a PI is pending?

Best,
Jen

**Jennifer Fiorica Delgado**
she, her, hers
Partner

3

Lowenstein Sandler LLP

T: (646) 414-6962
M: (732) 547-0934





---

**From:** Robinson, John J. (CIV) <John.J.Robinson@usdoj.gov>
**Sent:** Wednesday, February 19, 2025 9:54 AM
**To:** Delgado, Jennifer Fiorica <JDelgado@lowenstein.com>
**Cc:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Shalom, Alexander <AShalom@lowenstein.com>; Kraner, Natalie J. <NKraner@lowenstein.com>; Fang, Wayne <WFang@lowenstein.com>; Julceus, Markiana J. <MJulceus@lowenstein.com>
**Subject:** RE: Jones v. Trump, No. 25-cv-00401 (D.D.C.)

Thanks, Jen.

**John Robinson**
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
(202) 616-8489

---

**From:** Delgado, Jennifer Fiorica <JDelgado@lowenstein.com>
**Sent:** Wednesday, February 19, 2025 9:43 AM
**To:** Robinson, John J. (CIV) <John.J.Robinson@usdoj.gov>
**Cc:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Shalom, Alexander <AShalom@lowenstein.com>; Kraner, Natalie J. <NKraner@lowenstein.com>; Fang, Wayne <WFang@lowenstein.com>; Julceus, Markiana J. <MJulceus@lowenstein.com>
**Subject:** [EXTERNAL] RE: Jones v. Trump, No. 25-cv-00401 (D.D.C.)

Hi John,

Thank you again for the call this morning. As discussed, we are sharing the name of our client pursuant to the protective order entered in this case, which you acknowledged below and on our call. The plaintiff's name is ██████████████. If you need her ID, let me know.

We will provide the papers to you today.

Best,
Jen

**Jennifer Fiorica Delgado**
she, her, hers
Partner
Lowenstein Sandler LLP

4

T: (646) 414-6962
M: (732) 547-0934

  



---

**From:** Robinson, John J. (CIV) <John.J.Robinson@usdoj.gov>
**Sent:** Tuesday, February 18, 2025 8:30 PM
**To:** Delgado, Jennifer Fiorica <JDelgado@lowenstein.com>
**Cc:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>
**Subject:** Jones v. Trump, No. 25-cv-00401 (D.D.C.)

Hi Jennifer,

We'll be representing defendants in this matter; look forward to working with you. I noticed that two sealed documents were recently filed on the docket (ECF Nos. 18 and 19). Could you please send those filings to us? We're aware of the protective order that was entered.

Best,
John

**John Robinson**
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
(202) 616-8489

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.