UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE JONES**, <br><br> *Plaintiff*, <br><br> v. <br><br> **PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*,[1] <br><br> *Defendants*. | Case No. 1:25-cv-401-RCL |

## ORDER

On February 21, Plaintiff Jane Jones filed a Motion for a Temporary Restraining Order and Preliminary Injunction [ECF No. 21] ("TRO/PI Mot.") to prevent the Government from implementing Executive Order 14168 as to the plaintiff. On February 22, the Government filed an Opposition [ECF No. 24] ("Opp'n"), and the plaintiff filed a Reply [ECF No. 26] on February 24. The Court has reviewed the parties' filings and determines that the same reasoning from the Court's TRO Order in *Doe v. McHenry* applies here. *See* Order of February 4, 2025, *Doe v. McHenry*, No. 25-cv-286 (RCL), ECF No. 23. The Court also applies the reasoning from the Court's most recent Order in *Doe v. Bondi*, granting the plaintiffs' renewed Motion for TRO and Preliminary Injunction in that case. *See* Order of February 24, 2025, *Doe v. Bondi*, No. 25-cv-286 (RCL), ECF No. 55. The facts are substantially similar, and the same result will hold.

Therefore, in consideration of the plaintiffs' Motion [ECF No. 21] for a Temporary Restraining Order and Preliminary Injunction, the Opposition [ECF No. 24] thereto, the Reply

---

[1] Under Fed. R. Civ. Pr. 25(d), Attorney General Pamela Bondi is "automatically substituted as a party" as the successor for Acting Attorney General James R. McHenry III. Plaintiff also voluntarily dismissed her claims against President Donald Trump. Reply 1 n.1.

[ECF No. 26], and the entire record herein, and for the reasons contained in the original Temporary Restraining Order [ECF No. 23], it is hereby

**ORDERED** that the plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction is **GRANTED**; and it is further

**ORDERED** that the Defendants are hereby enjoined from implementing Sections 4(a) and 4(c) of Executive Order 14168 against Plaintiff Jane Jones, pending further Order of this Court; and it is further

**ORDERED** that, pending further Order of this Court, Defendants shall maintain and continue the plaintiff's housing status and medical care as they existed immediately prior to January 20, 2025.

Date: February 24, 2025
2:00 p.m.

Royce C. Lamberth
United States District Judge