UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE JONES, AMY JONES, BARBARA JONES, CARLA JONES, DONNA JONES,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States; WILLIAM LOTHROP, in his official capacity as Acting Director of the Federal Bureau of Prisons;<br><br>　　　　Defendants. | Civil Action No. 25-401-RCL<br><br>**PLAINTIFFS' EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Jennifer L. Levi**
Sarah Austin*
**GLBTQ LEGAL ADVOCATES
& DEFENDERS**
18 Tremont, Suite 950
Boston, MA 02108

Christopher F. Stoll**
Amy Whelan**
**NATIONAL CENTER FOR
LESBIAN RIGHTS**
870 Market Street, Suite 370
San Francisco, CA 94102

Jennifer Fiorica Delgado (Bar No. NY296)
Alexander Shalom**
Natalie J. Kraner**
Wayne Fang*
Markiana Julceus*
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020

*Pro Bono Counsel for Plaintiffs*
* *Pro Hac Vice*
** *Admission Forthcoming*

On Monday, March 3, 2025, or as soon as counsel may be heard, the undersigned attorneys for Plaintiffs Jane Jones, Amy Jones, Barbara Jones, Carla Jones, and Donna Jones ("Plaintiffs"), pursuant to Fed. R. Civ. P. 65 and L. Civ. R. 65.1(a) and (c), shall move before the United States District Court for the District of Columbia, at 333 Constitution Avenue N.W., Washington, D.C. 20001, for a temporary restraining order and preliminary injunction on an emergency basis to enjoin Defendants from enforcing Sections 4(a) and 4(c) of Executive Order 14168 titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" and to maintain their current housing and medical treatment consistent with the status quo before January 20, 2025.

In support of their motion, Plaintiffs shall rely upon the attached letter brief, declaration of Amy Jones, declaration of Barbara Jones, declaration of Carla Jones, declaration of Donna Jones, declaration of Jennifer Fiorica Delgado, previously submitted declaration of Lauren Meade, M.D (ECF No. 21-04), supplemental declaration of Lauren Meade, M.D. (ECF No. 33-01), and a brief and reply brief previously filed in this case, (ECF Nos. 21-1 and 26). A proposed form of order is attached.

On February 26, 2025, the undersigned provided notice to Defendants that they will be making the enclosed application, and copies of all pleadings and papers filed in the action to date or to be presented to the Court at the hearing, will be provided to Defendants simultaneous with the filing on February 27, 2025, via email transmitted to their counsel, John J. Robinson, Esq.

WHEREFORE, Plaintiff respectfully requests that the Court enter a temporary restraining order and preliminary injunction prohibiting Defendants and their officers, employees, servants, agents, appointees, and successors from enforcing Sections 4(a) and 4(c) of Executive Order

14168, and requiring Defendants to maintain their current housing and maintain medical treatment consistent with the status quo before January 20, 2025.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  February 27, 2025 | /s/ Jennifer Fiorica Delgado |

Jennifer Fiorica Delgado (Bar No. NY296)
Alexander Shalom (*admission forthcoming*)
Natalie Kraner (*admission forthcoming*)
Wayne Fang (*pro hac vice*)
Markiana J. Julceus (*pro hac vice*)
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020
(862) 926-2029
(973) 422-6722
jdelgado@lowenstein.com
ashalom@lowenstein.com
nkraner@lowenstein.com
wfang@lowenstein.com
mjulceus@lowenstein.com

Jennifer L. Levi (admission forthcoming)
Sarah Austin (*pro hac vice*)
**GLBTQ LEGAL ADVOCATES & DEFENDERS**
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350

Christopher F. Stoll (admission forthcoming)
Amy Whelan, Esq. (admission forthcoming)
**NATIONAL CENTER FOR LESBIAN RIGHTS**
870 Market Street, Suite 370
San Francisco, CA 94102
(415) 365-1320
cstoll@nclrights.org
awhelan@nclrights.org

3