UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE JONES, et al., <br><br>          Plaintiff, <br><br> v. <br><br><br> PAMELA BONDI, *in her official capacity as* Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons, <br><br>          Defendants. | Civil Action No. 25-cv-00401-RCL <br><br><br><br> DECLARATION OF ▓▓▓▓▓▓▓▓ |

      I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C § 1746 that the following is true and correct:

    1.    My name is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓, I am currently incarcerated at a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. I am in the custody of the Federal Bureau of Prisons. I am using the pseudonym Amy Jones to protect myself.

    2.    My inmate number is ▓▓▓▓▓▓. I have been incarcerated since February 2006.

    3.    I was sentenced to ▓▓▓▓▓ in the Bureau of Prisons in ▓▓▓.

    4.    I am submitting this declaration in support of my request for relief.

    5.    I was born on ▓▓▓▓▓▓▓▓▓▓. My sex at birth was identified as male and my parents gave me a male name.

6. Since I was about 5 or 6 years old, I have always known I was a girl. The disconnect between who I was and how I presented to the world caused me significant distress. I have attempted many times to cut myself.

7. Sometime in early ▮, I remember reading an article about a person who had come out as transgender. After reading this article I came to the realization that I was a transgender woman. I always knew I was a woman, but I now understood there was something I could do to alleviate my pain.

8. At the time I was housed at a ▮ male facility, ▮.

9. During my time at ▮ I was participating in therapy. After reading the article I began talking to my psychologist about being a woman. She diagnosed me with gender dysphoria.

10. I was then transferred to ▮ a ▮ male facility.

11. Once at ▮, still in ▮, I was prescribed and began taking hormone medication and began living as a woman.

12. While at ▮, staff members outed me to other inmates. These were very dark times. Three male inmates violently and sexually attacked me.

13. I spent two months in the ▮ after this incident.

14. I was then transferred to ▮ a ▮ male facility.

15. At ▮, I saw psychologists and received therapy and medication. I began to more publicly socially transition at that time. But, despite the more supportive environment, I was still sexually harassed and assaulted. I attempted suicide.

16. I was then transferred to another men's ▮ facility in ▮. During my time at ▮ I was continuously harassed and threatened.

17. I was then transferred to a ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆. This was a program to address trauma and depression related to the harassment and attacks.

18. In ▆▆▆, I legally changed my name and shortly thereafter I changed my sex marker to female on my birth certificate.

19. I had various housing assignments after that, but since ▆▆▆, when I was transferred to an all-women's facility, ▆▆▆▆▆▆▆, in ▆▆▆, I have been housed exclusively in women's facilities.

20. Since then, I have finally been able to blossom and to begin to find peace and happiness.

21. On ▆▆▆▆▆▆▆▆, as had been contemplated for several weeks, I was transferred to the all-female section of the ▆▆▆▆▆▆▆▆. I am supposed to be housed here for the next two years.

22. Before I left ▆▆▆▆▆ to come to the ▆▆▆▆▆▆▆▆, I was told by staff that the administration was going to be placing transgender women in men's facilities.

23. I am concerned that I will be transferred to a ▆▆▆▆▆▆▆▆. I am concerned about losing access to medical treatments upon which I have come to rely for my health and safety. I am terrified at what could happen to me. I fear being the target of sexual violence again and feel hopeless.

3

24. I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct.

██████████ has provided the information contained in this Declaration and approves the content. Because ██████ is incarcerated, a copy of the Declaration has been sent to her via first-class mail. ██████ counsel will submit a copy of the signed Declaration when they receive it from her.

Executed on this 27th day of February, 2025