

U.S. Department of Justice
Federal Bureau of Prisons

---

*Health Services Division* *Washington, D.C. 20534*

**February 28, 2025**

MEMORANDUM FOR CHIEF EXECUTIVE OFFICERS

FROM:           RADM Chris A. Bina, Assistant Director
                    Health Services Division

SUBJECT:      Executive Order 14168 Compliance

Consistent with Executive Order (EO) 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, no Bureau of Prisons funds are to be expended for any medical procedure, treatment, or drug for the purpose of conforming an inmate's appearance to that of the opposite sex.

This policy is to be implemented in a manner consistent with applicable law including the Eighth Amendment.

cc: BOP Executive Team
      Health Services Division Employees
      Clinical Directors
      Health Services Administrators