**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE JONES, AMY JONES, BARBARA JONES, CARLA JONES, DONNA JONES<br><br><br>Plaintiffs,<br><br>v.<br><br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States; WILLIAM LOTHROP, in his official capacity as Acting Director of the Federal Bureau of Prisons;<br><br>Defendants. | Civil Action No. 25-cv-00401-RCL<br><br>~~PROPOSED~~ ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYMS, TO PARTIALLY SEAL DOCUMENTS AND FOR A PROTECTIVE ORDER |

**THIS MATTER** having been opened to the Court by GLBTQ Legal Advocates & Defenders, National Center for Lesbian Rights, and Lowenstein Sandler LLP, counsel for Plaintiffs Amy Jones, Barbara Jones, Carla Jones, and Donna Jones ("Plaintiffs"), by way of motion for an order granting authorization to proceed under a pseudonym in the above-captioned matter, to partially seal the Complaint, and for a protective order ("Motion"), and the Court, having reviewed the submissions of the parties in support thereof and in opposition thereto, and having considered the arguments of counsel, if any, in connection with this Motion; and for good cause shown:

IT IS on this _3rd_ day of _march_, 2025, ORDERED that:

1.    Plaintiffs' Motion is, **GRANTED**;

2.    Plaintiffs are permitted to proceed under a pseudonym during the duration of the case;

3.    Plaintiffs may partially seal the Complaint and the declarations of Plaintiffs, as effected in the proposed redacted pleadings submitted by Plaintiffs;

4.    Defendants may not disclose Plaintiffs' identity to any third party unless such disclosure is necessary to defend against this action; and

5.    Any party, including any third parties, that files a document identifying Plaintiffs must redact all personal identifiers in accordance with Federal Rule of Civil Procedure 5.2 and must also redact:

   a.  Plaintiffs' biographical details, including but not limited to their age, place of residence, current and former names, date of birth, job, and the identity of any family members;

   b.  Plaintiffs' criminal history, including the crime they were convicted of, the period and locations of their incarceration, and their prison record;

   c.  All details of Plaintiffs' medical history, records, treatments, and specific physical and mental health diagnoses, including those outside of their gender dysphoria; and

   d.  Any other information that could identify Plaintiffs to the public.

_____

United States District Judge