APPEAL,TYPE–E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:25–cv–00401–RCL</u>
### *Internal Use Only*

JONES v. TRUMP et al
Assigned to: Judge Royce C. Lamberth
Related Case:  1:25–cv–00286–RCL
Cause: 28:1331 Fed. Question: Violation 5th & 8th Amendme

Date Filed: 02/10/2025
Jury Demand: None
Nature of Suit: 550 Prisoner Petition: Civil Rights (Other)
Jurisdiction: U.S. Government Defendant

**Plaintiff**

| | | |
|---|---|---|
| **JANE JONES** | represented by | **Markiana Julceus** |

**JANE JONES**                    represented by    **Markiana Julceus**
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068
973–597–2500
Email: mjulceus@lowenstein.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wayne Fang**
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068
973–597–2500
Email: wfang@lowenstein.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Whelan**
NATIONAL CENTER FOR LESBIAN RIGHTS
1401 21st St.
Ste #11548
Sacramento, CA 95811
415–365–1338
Email: awhelan@nclrights.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher F. Stoll**
NATIONAL CENTER FOR LESBIAN RIGHTS
1401 21st St.
Ste #11548
Sacramento, CA 95811

1

415–365–1320
Email: cstoll@nclrights.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Levi**
GLBTQ LEGAL ADVOCATES &
DEFENDERS
18 Tremont Street
Suite 950
Boston, MA 02108
617–426–1350
Email: jlevi@glad.org
*ATTORNEY TO BE NOTICED*

**Sarah K. Austin**
GLBTQ LEGAL ADVOCATES &
DEFENDERS
18 Tremont Street
Suite 950
Boston, MA 02108
617–426–1350
Email: saustin@glad.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Fiorica Delgado**
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020
(646) 414–6962
Email: jdelgado@lowenstein.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AMY JONES**                           represented by **Markiana Julceus**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wayne Fang**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Whelan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher F. Stoll**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Levi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Austin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Fiorica Delgado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DONNA JONES**                     represented by     **Markiana Julceus**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wayne Fang**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Whelan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher F. Stoll**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Levi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Austin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Fiorica Delgado**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CARLA JONES**                                    represented by    **Markiana Julceus**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wayne Fang**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Whelan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher F. Stoll**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Levi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Austin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Fiorica Delgado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BARBARA JONES**                                 represented by    **Markiana Julceus**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wayne Fang**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

4

**Amy Whelan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher F. Stoll**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Levi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Austin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Fiorica Delgado**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DONALD J. TRUMP**
*in his official capacity as President of the*
*United States*
*TERMINATED: 02/28/2025*

represented by **Alexander James Yun**
U.S. Department of Justice
1100 L St. NW
Washington, DC 20005
202–305–8645
Email: Alex.Yun@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Robinson**
U.S. DEPARTMENT OF JUSTICE
1100 L Street NW
Washington, DC 20005
202–616–8489
Email: john.j.robinson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Brooke Layendecker**
U.S. DEPARTMENT OF JUSTICE
1100 L Street NW
Washington, DC 20005
771–217–8107
Email: elizabeth.b.layendecker@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**JAMES R. MCHENRY, III**
*in his official capacity as Acting Attorney*
*General of the United States*

represented by **Alexander James Yun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Robinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Brooke Layendecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**WILLIAM LOTHROP**
*in his official capacity as Acting Director*
*of the Federal Bureau of Prisons*

represented by **Alexander James Yun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Robinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Brooke Layendecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PAMELA J. BONDI**

represented by **Alexander James Yun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Robinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Brooke Layendecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2025 | 1 | COMPLAINT *(REDACTED)* against All Defendants ( Filing fee $ 405 receipt number ADCDC–11470734) filed by JANE JONES. (Attachments: # 1 Civil Cover |

6

| | | |
|---|---|---|
| | | Sheet)(Delgado, Jennifer) (Entered: 02/10/2025) |
| 02/10/2025 | 2 | NOTICE OF RELATED CASE by JANE JONES. Case related to Case No. 1:25−cv−286 and Moe v Trump, 1:25−cv−10195 (D. Mass). (Delgado, Jennifer) (Main Document 2 replaced on 2/11/2025) (znmw). (Entered: 02/10/2025) |
| 02/11/2025 | 3 | SEALED MOTION for Leave to Proceed Under Pseudonym *Proceed Under Pseudonym, Seal Documents, and for a Protective Order* by JANE JONES. (Delgado, Jennifer) Modified event on 2/11/2025 (znmw). (Entered: 02/11/2025) |
| 02/11/2025 | 4 | MEMORANDUM re 3 MOTION for Leave to Proceed Under Pseudonym , *Proceed Under Pseudonym and for a Protective Order* filed by JANE JONES by JANE JONES. (Delgado, Jennifer) (Entered: 02/11/2025) |
| 02/11/2025 | 5 | DECLARATION *of Jennifer Fiorica Delgado (REDACTED)* by JANE JONES re 3 MOTION for Leave to Proceed Under Pseudonym , *Proceed Under Pseudonym and for a Protective Order*. (Delgado, Jennifer) (Entered: 02/11/2025) |
| 02/11/2025 | 6 | DECLARATION *of Jane Jones (REDACTED)* by JANE JONES re 3 MOTION for Leave to Proceed Under Pseudonym , *Proceed Under Pseudonym and for a Protective Order*. (Delgado, Jennifer) (Entered: 02/11/2025) |
| 02/11/2025 | 7 | DECLARATION *of Lauren B. Meade M.D. and Curriculum Vitae* by JANE JONES re 3 MOTION for Leave to Proceed Under Pseudonym , *Proceed Under Pseudonym and for a Protective Order*. (Delgado, Jennifer) (Entered: 02/11/2025) |
| 02/11/2025 | 8 | NOTICE of Proposed Order by JANE JONES re 3 MOTION for Leave to Proceed Under Pseudonym , *Proceed Under Pseudonym and for a Protective Order* (Delgado, Jennifer) (Entered: 02/11/2025) |
| 02/11/2025 | | NOTICE OF NEW CASE ERROR regarding 1 Complaint. The following error(s) need correction: Incorrect civil cover sheet. Please file the Civil Cover Sheet (JS44) form at www.dcd.uscourts.gov/new−case−forms & file using the event Civil Cover Sheet. For future filings, all parts of a motion must be uploaded to one motion docket entry, not filed separately. **COMPLIANCE DEADLINE is by close of business today. This case will not proceed any further until all errors are satisfied.** (znmw) (Entered: 02/11/2025) |
| 02/11/2025 | 9 | CIVIL COVER SHEET by JANE JONES filed by JANE JONES.(Delgado, Jennifer) (Main Document 9 replaced on 2/11/2025) (znmw). (Entered: 02/11/2025) |
| 02/11/2025 | 10 | WITHDRAWN PURSUANT TO NOTICE FILED 2/14/2025..... MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Jennifer L. Levi, Filing fee $ 100, receipt number ADCDC−11473108. Fee Status: Fee Paid. by JANE JONES. (Attachments: # 1 Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Delgado, Jennifer) Modified on 2/14/2025 (znmw). (Entered: 02/11/2025) |
| 02/11/2025 | 11 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Markiana J. Julcus, Filing fee $ 100, receipt number ADCDC−11473201. Fee Status: Fee Paid. by JANE JONES. (Attachments: # 1 Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Delgado, Jennifer) (Entered: 02/11/2025) |
| 02/11/2025 | 12 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Wayne Fang, Filing fee $ 100, receipt number ADCDC−11473211. Fee Status: Fee Paid. by JANE JONES. (Attachments: # 1 Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Delgado, Jennifer) (Entered: 02/11/2025) |

| 02/13/2025 | 13 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Sarah K. Austin, Filing fee $ 100, receipt number ADCDC–11479751. Fee Status: Fee Paid. by JANE JONES. (Attachments: # 1 Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Delgado, Jennifer) (Entered: 02/13/2025) |
|---|---|---|
| 02/13/2025 | 14 | MEMORANDUM OPINION AND ORDER: The Court accordingly ORDERS that: 1) Plaintiff's 3 Motion to Proceed Under Pseudonym, Partially Seal Documents, and for a Protective Order is GRANTED; 2) All parties shall use the pseudonym listed in the Complaint and redact information that would identify Plaintiff in all documents filed in this action; 3) Defendants shall not disclose Plaintiff's identity to any third party unless such disclosure is necessary to defend against this action; 4) Plaintiff's 1 redacted Complaint shall remain on the public docket; and 5) Within five days of this Order, Plaintiff shall file on the public docket: a) An unredacted version of her Complaint, filed under seal; and b) A declaration containing her real name and residential address, filed under seal. Signed by Chief Judge James E. Boasberg on 2/13/2025. (lcjeb4) (Entered: 02/13/2025) |
| 02/14/2025 | 15 | ENTERED IN ERROR....NOTICE OF WITHDRAWAL OF MOTION by JANE JONES re 10 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jennifer L. Levi, Filing fee $ 100, receipt number ADCDC–11473108. Fee Status: Fee Paid. (Delgado, Jennifer) Modified on 2/18/2025 (zdp). (Entered: 02/14/2025) |
| 02/14/2025 | | Case Assigned to Judge Royce C. Lamberth. (znmw) (Entered: 02/14/2025) |
| 02/14/2025 | | NOTICE OF NEW CASE ERROR regarding 1 Complaint. The following error(s) need correction: Missing summonses– U.S. government. When naming a U.S. government agent or agency as a defendant, you must supply a summons for each defendant & two additional summonses for the U.S. Attorney & U.S. Attorney General. Please submit using the event Request for Summons to Issue. (znmw) (Entered: 02/14/2025) |
| 02/18/2025 | | NOTICE OF ERROR regarding 15 Notice of Withdrawal of Motion. The following error(s) need correction: Incorrect format (Letter)– correspondence is not permitted (LCvR 5.1(a)). Please refile. (zdp) (Entered: 02/18/2025) |
| 02/18/2025 | 16 | REQUEST FOR SUMMONS TO ISSUE filed by JANE JONES. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons)(Delgado, Jennifer) (Entered: 02/18/2025) |
| 02/18/2025 | 17 | NOTICE OF WITHDRAWAL OF MOTION by JANE JONES (Delgado, Jennifer) (Entered: 02/18/2025) |
| 02/18/2025 | 18 | SEALED DOCUMENT filed by JANE JONES re 14 Order,,,, Memorandum & Opinion,,, (This document is SEALED and only available to authorized persons.)(Delgado, Jennifer) (Entered: 02/18/2025) |
| 02/18/2025 | 19 | SEALED DOCUMENT filed by JANE JONES re 14 Order,,,, Memorandum & Opinion,,, (This document is SEALED and only available to authorized persons.)(Delgado, Jennifer) (Entered: 02/18/2025) |
| 02/20/2025 | 20 | SUMMONS (4) Issued Electronically as to WILLIAM LOTHROP, JAMES R. MCHENRY, III, DONALD J. TRUMP, AND U.S. Attorney (zdp) (Entered: 02/20/2025) |
| 02/21/2025 | 21 | MOTION for Temporary Restraining Order , MOTION for Preliminary Injunction by JANE JONES. (Attachments: # 1 Memorandum in Support (REDACTED), # 2 Declaration of Jennifer Fiorica Delgado (REDACTED), # 3 Declaration of Jane Jones (REDACTED), # 4 Declaration of Lauren B Meade M.D. and Curriculum Vitae, # 5 |

| | | Text of Proposed Order)(Delgado, Jennifer) (Entered: 02/21/2025) |
|---|---|---|
| 02/21/2025 | 22 | SEALED DOCUMENT filed by JANE JONES(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration of Jennifer Fiorica Delgado, # 2 Declaration of Jane Jones)(Delgado, Jennifer) (Entered: 02/21/2025) |
| 02/21/2025 | 23 | DECLARATION *of Jennifer Fiorica Delgado (Supplemental)* by JANE JONES re 21 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction . (Attachments: # 1 Exhibit A – Email exchange (REDACTED))(Delgado, Jennifer) (Entered: 02/21/2025) |
| 02/22/2025 | 24 | Memorandum in opposition to re 21 Motion for TRO,, Motion for Preliminary Injunction, *(Redacted)* filed by DONALD J. TRUMP, JAMES R. MCHENRY, III, WILLIAM LOTHROP. (Attachments: # 1 Declaration of Rick Stover, # 2 Text of Proposed Order)(Robinson, John) (Entered: 02/22/2025) |
| 02/22/2025 | 25 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by DONALD J. TRUMP, JAMES R. MCHENRY, III, WILLIAM LOTHROP (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Defendants' Response to Plaintiff's Motion for TRO, # 2 Declaration of Rick Stover, # 3 Text of Proposed Order)(Robinson, John) (Entered: 02/22/2025) |
| 02/24/2025 | 26 | REPLY to opposition to motion re 21 Motion for TRO,, Motion for Preliminary Injunction, *(REDACTED)* filed by JANE JONES. (Attachments: # 1 Declaration of Lauren Meade, M.D. (Supplemental) (REDACTED), # 2 Exhibit A – 2020 Article, # 3 Exhibit B – 2022 Study)(Delgado, Jennifer) (Entered: 02/24/2025) |
| 02/24/2025 | 27 | ENTERED IN ERROR.....SEALED REPLY TO OPPOSITION filed by JANE JONES re 21 Motion for TRO,, Motion for Preliminary Injunction, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration of Lauren Meade, M.D. (Supplemental), # 2 Exhibit A, # 3 Exhibit B)(Delgado, Jennifer) Modified on 2/25/2025 (zdp). (Entered: 02/24/2025) |
| 02/24/2025 | 28 | ORDER granting 21 Motion for TRO and Preliminary Injunction: It is hereby ORDERED that the plaintiff's Motion is GRANTED; and it is further ORDERED that the defendants are hereby enjoined from implementing Sections 4(a) and 4(c) of Executive Order 14168 against Plaintiff Jane Jones, pending further Order of this Court; and it is further ORDERED that, pending further Order of this Court, the defendants shall maintain and continue the plaintiff's housing status and medical care as they existed immediately prior to January 20, 2025. Signed by Judge Royce C. Lamberth on 2/24/2025. (lcrcl3) (Entered: 02/24/2025) |
| 02/24/2025 | 29 | ORDER granting 13 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 2/24/2025. (lcrcl3) (Entered: 02/24/2025) |
| 02/24/2025 | 30 | ORDER granting 11 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 2/24/2025. (lcrcl3) (Entered: 02/24/2025) |
| 02/24/2025 | 31 | ORDER granting 12 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 2/24/2025. |

| | | |
|---|---|---|
| | | (lcrcl3) (Entered: 02/24/2025) |
| 02/25/2025 | | NOTICE OF ERROR regarding 27 Sealed Reply,. The following error(s) need correction: Incorrect court case number. Please refile. (zdp) (Entered: 02/25/2025) |
| 02/25/2025 | 32 | Amended MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jennifer L. Levi, Filing fee $ 100, receipt number ADCDC–11502692. Fee Status: Fee Paid. by JANE JONES. (Attachments: # 1 Declaration, # 2 Supplement Statement, # 3 Exhibit Certificate of Good Standing, # 4 Text of Proposed Order)(Delgado, Jennifer) (Entered: 02/25/2025) |
| 02/25/2025 | 33 | SEALED REPLY TO OPPOSITION filed by JANE JONES re 21 Motion for TRO,, Motion for Preliminary Injunction, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration of Lauren Meade, M.D. (Supplemental), # 2 Exhibit A, # 3 Exhibit B)(Delgado, Jennifer) (Entered: 02/25/2025) |
| 02/26/2025 | 34 | ORDER granting 32 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 2/26/2025. (lcrcl3) (Entered: 02/26/2025) |
| 02/28/2025 | 35 | AMENDED COMPLAINT against All Defendants filed by JANE JONES, AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES.(Delgado, Jennifer) (Entered: 02/28/2025) |
| 02/28/2025 | 36 | SEALED DOCUMENT filed by AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES(This document is SEALED and only available to authorized persons.)(Delgado, Jennifer) (Entered: 02/28/2025) |
| 02/28/2025 | 37 | MOTION for Temporary Restraining Order , MOTION for Preliminary Injunction by AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES. (Attachments: # 1 Memorandum in Support (REDACTED), # 2 Declaration of Jennifer Fiorica Delgado, # 3 Declaration of Amy Jones (REDACTED), # 4 Declaration of of Barbara Jones (REDACTED), # 5 Declaration of Carla Jones (REDACTED), # 6 Declaration of Donna Jones (REDACTED), # 7 Text of Proposed Order)(Delgado, Jennifer) (Entered: 02/28/2025) |
| 02/28/2025 | 38 | ENTERED IN ERROR.....SEALED MOTION filed by AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES (Attachments: # 1 Declaration of Amy Jones, # 2 Declaration of Barbara Jones, # 3 Declaration of Carla Jones, # 4 Declaration of Donna Jones)(Delgado, Jennifer) Modified on 3/6/2025 (zdp). (Entered: 02/28/2025) |
| 02/28/2025 | 39 | MOTION to Proceed Under Pseudonym, Seal Documents, and for a Protective Order by AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Jennifer Fiorica Delgado, # 3 Declaration of Amy Jones (REDACTED), # 4 Declaration of Barbara Jones (REDACTED), # 5 Declaration of Carla Jones (REDACTED), # 6 Declaration of Donna Jones (REDACTED), # 7 Text of Proposed Order)(Delgado, Jennifer) (Entered: 02/28/2025) |
| 02/28/2025 | 40 | SEALED DOCUMENT filed by AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration of Barbara Jones, # 2 Declaration |

| | | |
|---|---|---|
| | | of Carla Jones, # 3 Declaration of Donna Jones)(Delgado, Jennifer) (Entered: 02/28/2025) |
| 02/28/2025 | 41 | NOTICE of Appearance by Sarah K. Austin on behalf of AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES (Austin, Sarah) (Entered: 02/28/2025) |
| 02/28/2025 | 48 | SEALED DOCUMENT filed by JAMES R. MCHENRY, III, WILLIAM LOTHROP. re 25 Sealed Motion for Leave to File Document Under Seal,. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration)(zdp) (Entered: 03/06/2025) |
| 03/01/2025 | 42 | RESPONSE re 37 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by PAMELA BONDI, WILLIAM LOTHROP. (Attachments: # 1 Exhibit 1 Declaration of Rick Stover (redacted), # 2 Exhibit 2 BOP Memorandum, # 3 Text of Proposed Order)(Robinson, John) (Entered: 03/01/2025) |
| 03/01/2025 | 43 | SEALED DOCUMENT filed by PAMELA BONDI, WILLIAM LOTHROP re 42 Response to motion, (This document is SEALED and only available to authorized persons.)(Robinson, John) (Entered: 03/01/2025) |
| 03/01/2025 | 44 | ENTERED IN ERROR.....REPLY to opposition to motion re 37 Motion for TRO,, Motion for Preliminary Injunction, filed by AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES. (Delgado, Jennifer) Modified on 3/6/2025 (zdp). (Entered: 03/01/2025) |
| 03/03/2025 | 46 | ORDER granting 37 Motion for TRO and Preliminary Injunction: It is hereby ORDERED that the plaintiffs' Motion is GRANTED; and it is further ORDERED that the defendants are hereby enjoined from implementing Sections 4(a) and 4(c) of Executive Order 14168 against Plaintiffs Amy, Barbara, Carla, and Donna Jones, pending further Order of this Court; and it is further ORDERED that, pending further Order of this Court, the defendants shall maintain and continue the plaintiffs' housing status and medical care as they existed immediately prior to January 20, 2025. Signed by Judge Royce C. Lamberth on 3/3/2025. (lcrcl3) (Entered: 03/03/2025) |
| 03/04/2025 | 47 | ORDER granting 39 Motion to proceed under pseudonyms, to partially seal documents, and for a protective order. See Order for details. Signed by Judge Royce C. Lamberth on 3/3/3035. (lcrcl3) (Entered: 03/04/2025) |
| 03/06/2025 | | NOTICE OF ERROR regarding 44 Reply to opposition to Motion, 38 SEALED MOTION filed by AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES. The following error(s) need correction: Incorrect format (Letter)– correspondence is not permitted (LCvR 5.1(a)). Please refile. (zdp) (Entered: 03/06/2025) |
| 03/06/2025 | 49 | NOTICE of Appearance by Markiana Julceus on behalf of All Plaintiffs (Julceus, Markiana) (Entered: 03/06/2025) |
| 03/06/2025 | 50 | NOTICE of Appearance by Wayne Fang on behalf of All Plaintiffs (Fang, Wayne) (Entered: 03/06/2025) |
| 03/12/2025 | 52 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Amy Whelan, Filing fee $ 100, receipt number ADCDC–11538044. Fee Status: Fee Paid. by AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES. (Attachments: # 1 Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Delgado, Jennifer) (Entered: 03/12/2025) |

| 03/12/2025 | 53 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Christopher Stoll, Filing fee $ 100, receipt number ADCDC–11538048. Fee Status: Fee Paid. by AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES. (Attachments: # 1 Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Delgado, Jennifer) (Entered: 03/12/2025) |
| 03/14/2025 | 54 | ORDER granting 53 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 3/13/2025. (lcrcl3) Modified to correct date signed on 3/17/2025 (smc). (Entered: 03/14/2025) |
| 03/14/2025 | 55 | ORDER granting 52 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 3/13/2025. (lcrcl3) Modified to correct date signed on 3/17/2025 (smc). (Entered: 03/14/2025) |
| 03/19/2025 | 56 | NOTICE of Appearance by Jennifer Levi on behalf of AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES (Levi, Jennifer) (Entered: 03/19/2025) |
| 03/19/2025 | 57 | NOTICE of Appearance by Amy Whelan on behalf of All Plaintiffs (Whelan, Amy) (Entered: 03/19/2025) |
| 03/19/2025 | 58 | NOTICE of Appearance by Christopher F. Stoll on behalf of All Plaintiffs (Stoll, Christopher) (Entered: 03/19/2025) |
| 03/31/2025 | 59 | NOTICE of Appearance by Elizabeth Brooke Layendecker on behalf of All Defendants (Layendecker, Elizabeth) (Main Document 59 replaced on 4/1/2025) (zdp). (Entered: 03/31/2025) |
| 04/01/2025 | 60 | NOTICE of Appearance by Alexander James Yun on behalf of All Defendants (Yun, Alexander) (Main Document 60 replaced on 4/1/2025) (zdp). (Entered: 04/01/2025) |
| 04/02/2025 | 61 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 28 Order on Motion for TRO,,, Order on Motion for Preliminary Injunction,, 46 Order on Motion for TRO,,, Order on Motion for Preliminary Injunction,, by PAMELA J. BONDI, WILLIAM LOTHROP. Fee Status: No Fee Paid. Parties have been notified. (Layendecker, Elizabeth) (Entered: 04/02/2025) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE JONES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.*, <br><br> Defendants. | Civil Docket No. 1:25-cv-401 |

**NOTICE OF APPEAL**

Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order granting Plaintiffs' February 21, 2025, Emergency Application for a Temporary Restraining Order and Preliminary Injunction (ECF No. 28) and from the Court's Order granting Plaintiffs' February 28, 2025, Emergency Application for a Temporary Restraining Order and Preliminary Injunction (ECF No. 46).

Dated: April 2, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEX HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

/s/ *Elizabeth B. Layendecker*
ELIZABETH B. LAYENDECKER
ALEX YUN
JOHN ROBINSON
Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 616-5046
Elizabeth.B.Layendecker@usdoj.gov

*Counsel for Defendants*

2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE JONES**, | |
| *Plaintiff*, | |
| **v.** | **Case No. 1:25-cv-401-RCL** |
| **PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*,[1] | |
| *Defendants*. | |

## <u>ORDER</u>

On February 21, Plaintiff Jane Jones filed a Motion for a Temporary Restraining Order and Preliminary Injunction [ECF No. 21] ("TRO/PI Mot.") to prevent the Government from implementing Executive Order 14168 as to the plaintiff. On February 22, the Government filed an Opposition [ECF No. 24] ("Opp'n"), and the plaintiff filed a Reply [ECF No. 26] on February 24. The Court has reviewed the parties' filings and determines that the same reasoning from the Court's TRO Order in *Doe v. McHenry* applies here. *See* Order of February 4, 2025, *Doe v. McHenry*, No. 25-cv-286 (RCL), ECF No. 23. The Court also applies the reasoning from the Court's most recent Order in *Doe v. Bondi*, granting the plaintiffs' renewed Motion for TRO and Preliminary Injunction in that case. *See* Order of February 24, 2025, *Doe v. Bondi*, No. 25-cv-286 (RCL), ECF No. 55. The facts are substantially similar, and the same result will hold.

Therefore, in consideration of the plaintiffs' Motion [ECF No. 21] for a Temporary Restraining Order and Preliminary Injunction, the Opposition [ECF No. 24] thereto, the Reply

---

[1] Under Fed. R. Civ. Pr. 25(d), Attorney General Pamela Bondi is "automatically substituted as a party" as the successor for Acting Attorney General James R. McHenry III. Plaintiff also voluntarily dismissed her claims against President Donald Trump. Reply 1 n.1.

[ECF No. 26], and the entire record herein, and for the reasons contained in the original Temporary Restraining Order [ECF No. 23], it is hereby

**ORDERED** that the plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction is **GRANTED**; and it is further

**ORDERED** that the Defendants are hereby enjoined from implementing Sections 4(a) and 4(c) of Executive Order 14168 against Plaintiff Jane Jones, pending further Order of this Court; and it is further

**ORDERED** that, pending further Order of this Court, Defendants shall maintain and continue the plaintiff's housing status and medical care as they existed immediately prior to January 20, 2025.

Date: February 2 6, 2025
2:00 p.m

Royce C. Lamberth
United States District Judge

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE JONES**, *et al.*, | |
| *Plaintiffs*, | |
| **v.** | Case No. 1:25-cv-401-RCL |
| **PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*, | |
| *Defendants*. | |

**ORDER**

On February 28, 2025, Plaintiffs filed an Amended Complaint [ECF No. 35] adding four new plaintiffs to this action. Am. Compl. ¶¶ 8, 11, 14, 17. The new plaintiffs are all male-to-female transgender women in the custody of the Bureau of Prisons ("BOP"), housed in women's facilities but "facing immediate transfers to men's facilities" and "imminent risk of losing access to the medical care they each need to treat their gender dysphoria" as a result of the implementation of Executive Order 14168. *Id.* ¶ 20. On the same day Plaintiffs filed their Amended Complaint, Plaintiffs also filed a Motion for a Temporary Restraining Order and Preliminary Injunction [ECF No. 37] ("TRO/PI Mot.") to prevent the Government from implementing Executive Order 14168 as to the newly added plaintiffs. On March 1, the Government filed an Opposition [ECF No. 42] ("Opp'n"), and Plaintiffs filed a Reply [ECF No. 44].

The Court has reviewed the parties' filings and determines that the same reasoning from the Court's TRO Order in the related case, *Doe v. McHenry*, applies here. *See Doe v. McHenry*, No. 25-cv-286-RCL, 2025 WL 388218 (D.D.C. Feb. 4, 2025). The Court will only address the new arguments raised by the parties as applied to these newly added plaintiffs.

1

In the Court's most recent Order in *Doe*, in which the Court granted the plaintiffs' renewed Motion for TRO and Preliminary Injunction, the Court observed that when making housing determinations for each of the named plaintiffs, "the BOP determined that considering all statutorily and constitutionally required factors, a women's facility was the appropriate facility for each named plaintiff." *See* Order of February 24, 2025, *Doe v. Bondi*,[1] No. 25-cv-286 (RCL), ECF No. 55. And "the *only* change in circumstances" to justify the imminent transfer of each Plaintiff to a men's facility was Executive Order 14168—nothing about the plaintiffs' individual situations. *Id.*

The Government, in trying to justify the immediate transfer of Plaintiffs to men's facilities, states that any pre-Executive Order decision to place each Plaintiff in a women's facility was made for a "variety of reasons," and not simply because of a finding that the plaintiffs could not be safely housed in a men's facility. Opp'n at 2; *see* Decl. of Rick Stover, Senior Deputy Assistant Director, Designation and Sentence Computation Center, ECF No. 53-2 ("Stover Decl.") ¶ 24 (listing reasons why some transgender inmates were housed in women's facilities beyond just safety concerns, including because some inmates were seeking sex reassignment surgery, or because of a court order, or because "they were already being housed with women prior to coming into the FBOP's custody"). That may be true—but it actually underscores this Court's original reasoning. Before the Executive Order, the BOP determined that women's facilities are the *appropriate* facilities for Plaintiffs under the prevailing legal regime "considering all statutorily and constitutionally required factors." Order of February 24, 2025 at 2, *Doe v. Bondi*, No. 25-cv-286 (RCL). The BOP took account of court orders, settlement agreements, medical and psychological

---

[1] Under Fed. R. Civ. P. 25(d), Attorney General Pamela Bondi was "automatically substituted as a party" as the successor for Acting Attorney General James R. McHenry III in the *Doe* case.

records, and other applicable circumstances to place Plaintiffs in women's facilities, despite the fact that "housing inmates with inmates of the opposite biological sex is a statistical anomaly."[2] Stover Decl. ¶¶ 22, 24. Indeed, the named Plaintiffs here were housed in men's facilities early in their incarceration, during which period they experienced numerous unspeakable harms including multiple rapes, suicide attempts, and severe psychological distress. TRO/PI Mot. at 3–6. And now, the sole reason behind summarily removing Plaintiffs from their appropriate housing assignment is the implementation of the Transfer Provision, Section 4(a), of Executive Order 14168.

The standard that Plaintiffs must meet the preliminary injunction stage is a likelihood of success on the merits on an Eighth Amendment theory of "deliberate indifference" or "failure-to-protect." *See Doe v. McHenry*, 2025 WL 388218, at *4 (citing *Johnson v. California*, 543 U.S. 499, 511 (2005)). The Court once again concludes—as it has for each of the named plaintiffs in this action and in *Doe*—that implementation of the Transfer Provision, resulting in blanket removal of the plaintiffs from their appropriate housing placement with no discretion to place them in any women's facility, suggests such a likelihood of success on the merits.[3]

The Court also reiterates that at the preliminary relief stage of litigation, the Court must consider the balance of equities and the public interest. These factors favor Plaintiffs: the

---

[2] Taking it as true that some male-to-female transgender inmates were housed in women's facilities "due to court orders" or "as part of the terms of a settlement agreement," then it appears that the Transfer Provision is in direct conflict with these existing orders. The Government also does not tie these proposed reasons to the individual Plaintiffs in this case—in fact, the Government names two individuals, Zoe and Mary Doe, who are not plaintiffs in this case. Stover Decl. ¶ 24.

[3] The Government states that it "has no current plans to transfer Plaintiff Amy Jones." Opp'n at 1. The Court faced this posture before in the initial TRO Order in *Doe* and concluded that, even considering the fact that BOP had not yet determined where the plaintiffs would be transferred, "[t]he plain text of the Executive Order affords the BOP no discretion to keep the plaintiffs in a female penitentiary." *See Doe*, 2025 WL 388218, at *5. The Court "is therefore satisfied that [Amy Jones's] Eighth Amendment claims are sufficiently 'fit . . . for judicial decision' at this time." *Id.* (quoting *Abbott Lab'ys v. Gardner*, 387 U.S. 136, 149 (1967)).

3

Government "ha[s] not so much as alleged that the plaintiffs in this particular suit present any threat to the female inmates housed with them, or that this threat cannot be managed locally by prison staff. Thus, the public interest in seeing the plaintiffs relocated *immediately* to male facilities is slight at best." *Id*. at *5. Therefore, a preliminary injunction to stop the implementation of the Transfer Provision as to the Plaintiffs is the appropriate relief.

The Government also continues to argue that Plaintiffs' challenges to the Medication Provision, Section 4(c), of Executive Order 14168 are "unripe and unlikely to succeed" because "Plaintiffs cannot show that they are likely to be denied any medically necessary care." Opp'n at 3. The Government highlights a new BOP memorandum, released on February 28, 2025, which states that compliance with the Executive Order "is to be implemented in a manner consistent with applicable law including the Eighth Amendment." *Id.* But as the Court observed in its original TRO Order in *Doe*, "the plain text of the Executive Order affords the BOP no discretion . . . to continue providing hormonal therapy to help [Plaintiffs] conform physically to their non-birth sex." *See Doe*, 2025 WL 388218, at *5. If anything, the BOP memorandum seems to suggest that termination of hormonal therapy is imminent, stating that "no Bureau of Prisons funds are to be expended for any medical procedure, treatment, or drug for the purpose of conforming an inmate's appearance to that of the opposite sex." Ex. 2 to Opp'n, ECF No. 42-2. The Court therefore concludes again here that Plaintiffs' challenges to the Medication Provision are ripe and likely to succeed on Eighth Amendment grounds.

In sum, in consideration of Plaintiffs' Motion [ECF No. 37] for a Temporary Restraining Order and Preliminary Injunction, the Opposition [ECF No. 42] thereto, the Reply [ECF No. 44], and the entire record herein, it is hereby

4

**ORDERED** that the plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction is **GRANTED**; and it is further

**ORDERED** that the Defendants are hereby enjoined from implementing Sections 4(a) and 4(c) of Executive Order 14168 against Plaintiffs Amy, Barbara, Carla, and Donna Jones, pending further Order of this Court; and it is further

**ORDERED** that, pending further Order of this Court, Defendants shall maintain and continue the plaintiffs' housing status and medical care as they existed immediately prior to January 20, 2025.

Date: March 3, 2025
4:15 pm

Royce C. Lamberth
United States District Judge