UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE JONES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA J. BONDI, *in her official capacity as* Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No.: 1:25-cv-00401-RCL |

**UNOPPOSED MOTION FOR RENEWED PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs Jane Jones, Amy Jones, Barbara Jones, Carla Jones, and Donna Jones respectfully file this unopposed motion for entry of a new preliminary injunction as to all Defendants.

Plaintiffs rely on the concurrently filed memorandum of points and authorities, the Amended Complaint, the declarations filed in support thereof, and other documents filed in this action to support their requested relief. Pursuant to Local Civil Rule 7(m), undersigned counsel states that they have met and conferred with opposing counsel regarding this motion. Defendants have represented that they will not oppose this motion. ECF No. 65 at 2 n.1.

Because of Defendants' non-opposition and because the legal and factual issues are substantially similar to Plaintiffs' prior motions, Plaintiffs do not believe a hearing is necessary but respectfully request that the Court schedule an expedited hearing on this motion if the Court desires one.

Pursuant to Local Rule 65.1(c), copies of this motion and all pleadings and papers filed in this action shall be furnished to opposing counsel at the time of filing through the Court's electronic filing system.

Dated: May 16, 2025

/s/ *Jennifer Fiorica Delgado*
Jennifer Fiorica Delgado
Alexander Shalom
Natalie J. Kraner
Wayne Fang (*admitted pro hac vice*)
Markiana Julceus (*admitted pro hac vice*)
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068
(973) 597-2500
jdelgado@lowenstein.com
ashalom@lowenstein.com
nkraner@lowenstein.com
wfang@lowenstein.com
mjulceus@lowenstein.com

Jennifer L. Levi
Sarah K. Austin (*admitted pro hac vice*)
GLBTQ Legal Advocates & Defenders
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
saustin@glad.org

Amy Whelan (*admitted pro hac vice*)
Christopher F. Stoll (*admitted pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
1401 21st St.
Ste #11548
Sacramento, CA 95811
415-365-1338
awhelan@nclrights.org
cstoll@nclrights.org

*Attorneys for Plaintiffs*