## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JANE JONES, *et al.*,

            Plaintiffs,

      v.                                              No. 1:25-cv-401

PAMELA BONDI, in her official
capacity as Attorney General of the
United States, *et al.*,

            Defendants.

### NOTICE OF APPEAL

Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order granting Plaintiffs' Motion for a Renewed Preliminary Injunction. (ECF No. 69).

Dated: June 4, 2025                     Respectfully submitted,

                                        YAAKOV M. ROTH
                                        Acting Assistant Attorney General

                                        ALEX HAAS
                                        Director, Federal Programs Branch

                                        JEAN LIN
                                        Special Litigation Counsel

                                        /s/ *Alexander J. Yun*
                                        ALEXANDER J. YUN
                                        ELIZABETH B. LAYENDECKER
                                        Trial Attorneys
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L. Street, NW
                                        Washington D.C. 20005
                                        (202) 674-0255
                                        Alex.Yun@usdoj.gov

                                        *Counsel for Defendants*