IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE JONES, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 1:25-cv-401 |

**NOTICE OF APPEAL**

 Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order granting Plaintiffs' Motion for a Renewed Preliminary Injunction. (ECF No. 75).

Dated: August 21, 2025

             Respectfully submitted,

             BRETT A. SHUMATE
             Assistant Attorney General

             JEAN LIN
             Special Litigation Counsel

             /s/ *Alexander J. Yun*
             ALEXANDER J. YUN
             ELIZABETH B. LAYENDECKER
             M. JARED LITTMAN
             Trial Attorneys
             U.S. Department of Justice
             Civil Division, Federal Programs Branch
             1100 L. Street, NW
             Washington D.C. 20005
             (202) 674-0255
             Alex.Yun@usdoj.gov

             *Counsel for Defendants*