UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE JONES, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PAMELA J. BONDI, *in her official capacity* as Attorney General of the United States, *et al.*,<br><br>　　　　　Defendants. | Case No.: 1:25-cv-00401-RCL |

## PLAINTIFFS' UNOPPOSED MOTION FOR NEW PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs Jane Jones, Amy Jones, Barbara Jones, Carla Jones, and Donna Jones respectfully file this unopposed motion for entry of a new preliminary injunction as to all Defendants.

Plaintiffs rely on the concurrently filed memorandum of points and authorities, the Amended Complaint, the Plaintiffs' and expert declarations and other documents filed in this action to support their requested relief. Pursuant to Local Civil Rule 7(m), undersigned counsel states that they have met and conferred with opposing counsel regarding this motion. Defendants have represented that they do not oppose this motion.

Because of Defendants' non-opposition and because the legal and factual issues are substantially similar to prior motions, Plaintiffs do not believe a hearing is necessary. If the Court desires one, Plaintiffs respectfully request that the Court schedule an expedited hearing before November 20, 2025.

Respectfully submitted,

| | |
|---|---|
| Dated: November 13, 2025 | */s/ Jennifer Fiorica Delgado* <br> Jennifer Fiorica Delgado (Bar No. NY296) <br> Alexander Shalom <br> Natalie Kraner <br> Wayne Fang (admitted *pro hac vice*) <br> Markiana J. Julceus (admitted *pro hac vice*) <br> LOWENSTEIN SANDLER LLP <br> 1251 Avenue of the Americas <br> New York, NY 10020 <br> (862) 926-2029 <br> jdelgado@lowenstein.com <br> ashalom@lowenstein.com <br> nkraner@lowenstein.com <br> wfang@lowenstein.com <br> mjulceus@lowenstein.com <br> <br> Jennifer L. Levi <br> Sarah K. Austin (*admitted pro hac vice*) <br> GLBTQ Legal Advocates & Defenders <br> 18 Tremont Street, Suite 950 <br> Boston, MA 02108 <br> (617) 426-1350 <br> jlevi@glad.org <br> saustin@glad.org <br> <br> Amy Whelan (*admitted pro hac vice*) <br> Christopher F. Stoll (*admitted pro hac vice*) <br> NATIONAL CENTER FOR LESBIAN RIGHTS <br> 1401 21st St. <br> Ste #11548 <br> Sacramento, CA 95811 <br> (415) 365-1338 <br> awhelan@nclrights.org <br> cstoll@nclrights.org <br> <br> *Attorneys for Plaintiff* |

2